JUDGE HERB ROSS (Recalled)

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 —   (Website: www.akb.uscourts.gov)
Clerk's Office:  907-271-2655 (1-800-859-8059 In-State) — Judge's Fax:  907-271-2692

**Filed On
8/30/10**

In re

MICHAEL CROPLEY LASHBROOK and SANDRA JOY LASHBROOK,

Debtor(s)

Case No. A09-00484-HAR
In Chapter 7

CASE MANAGEMENT MEMORANDUM
REGARDING AMENDED EXEMPTIONS

I have two observations concerning case management, both related to the amended claim of exemptions on Schedule C by the Lashbrooks (Docket 99, filed August 11, 2010).  They have amended Schedule C to claim the state of Alaska exemptions, instead of the federal exemptions.  With respect to the trailer park and trailers the Lashbrooks now claim:

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Net monthly receivables / earnings from Highland Mobile Park space and mobile-home rentals, . . . | (Wife) AS § 09.38.030<br><br>(Husb) AS § 09.38.030 | 100% of park rents indefinitely from 7/14/09<br>100% of park rents indefinitely from 7/14/09 | $1,820 per mth, net.<br><br>$1,820 per mth, net. |

1- **THE APPEAL MAY BE MOOT**- If the debtors are now claiming a state law exemption (assuming that the debtor is allowed to make the change), then the debtors *may* have mooted the issue in the appeal currently pending in the U.S. District Court, in Lashbrook v Barstow, Case No. 3:10-cv-00166-HRH.  The Lashbrooks now claim an exemption in the rental proceeds, not the property itself.

If the Lashbrooks have abandoned their claim to a federal exemption for the entire trailer park and trailers, then their appeal *may* be moot.  It would be appropriate to advise Judge Holland of the amended exemptions so that he can make the determination of whether the appeal is moot.

2- **THE VIABILITY OF THE STATE EXEMPTION SHOULD BE RESOLVED EXPEDIOUSLY SO AS NOT TO TIE UP TITLE**- If the trustee contests the amended claim of exemptions under state law, the court will hear the matter expediously. In a *Memorandum Denying Motion Under FRCP 9023* (Docket 97, filed on August 2, 2010), I gave advance notice that a claim of exemptions under AS 09.38.030(b) might not be applicable to the ongoing rental income.

While the Lashbrooks are entitled to vigorously assert their legal rights, the court is also entitled to make sure they do not use the system tactically to hinder the trustee in his duty to sell estate assets. With that in mind, I will hear the matter on an expedited calendar when and if the trustee objects to the new claim of exemption.

DATED: August 30, 2010

/s/ Herb Ross
HERB ROSS
U.S. Bankruptcy Judge

Serve:
Sandra Lashbrook, *pro se* debtor
Michael Lashbrook, *pro se* debtor
Willilam Artus, Esq., for William Barstow, trustee
William Barstow, trustee
Jeff Carney, Esq. (courtesy copy)
Kay Hill, Asst. US Trustee
Cheryl Rapp, Deputy Clerk                                                      D7379

08/30/10

CASE MANAGEMENT MEMORANDUM
REGARDING AMENDED EXEMPTIONS                                              Page 2 of 2